UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY KRAUS, | ) Case No.: 2:18-CV-00559-MCE-DB |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| SCURFIELD FAMILY LIMITED PARTNERSHIP, a California Limited Partnership; DAVID SCURFIELD; and Does 1-10, | ) |
| Defendants. | ) |

The Court has been advised that the parties reached a provisional settlement in this case. In accordance with the provisions of Local Rule 160, counsel is to file dispositional documents or a status report on or before November 1, 2023. Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this order. Accordingly, all due dates and hearings set forth in this matter are VACATED.

IT IS SO ORDERED.

Dated: August 24, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE