UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JERRY KRAUS,                                          ) Case No.: 2:18-CV-00559-MCE-DB
                                                      )
            Plaintiff,                                )
                                                      )
      v.                                              ) **ORDER**
                                                      )
SCURFIELD FAMILY LIMITED PARTNERSHIP, a               )
California Limited Partnership;                       )
DAVID SCURFIELD; and Does 1-10,                       )
                                                      )
            Defendants.                               )
                                                      )

## <u>ORDER</u>

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal not later than September 15, 2023.

IT IS SO ORDERED.

Dated:  August 29, 2023

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE