CENTER FOR DISABILITY ACCESS
Naomi Butler, Esq., SBN 332664
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
naomib@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jerry Kraus**, | Case No.: 2:18-CV-00559-MCE-DB |
| Plaintiff, | **ORDER TO EXTEND** |
| v. | **DATE FOR FILING DISMISSAL** |
| **Scurfield Family Limited Partnership** | |
| Defendants | |

**ORDER**

Having read the stipulation of the parties, and for good cause shown, the Court hereby GRANTS the request. The deadline to file a Stipulation for Dismissal shall be extended up to and including to October 13, 2023.

IT IS SO ORDERED.

Dated: September 20, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE