CENTER FOR DISABILITY ACCESS
Naomi Butler, Esq., SBN 332664
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
naomib@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**Jerry Kraus**,

    Plaintiff,

    v.

**Scurfield Family Limited Partnership**

    Defendants

Case No.: 2:18-CV-00559-MCE-DB

**ORDER TO EXTEND
DATE FOR FILING DISMISSAL**

**ORDER**

    Having read the stipulation of the parties, and for good cause shown, the Court hereby GRANTS the request. The deadline to file a Stipulation for Dismissal shall be extended up to and including to December 12, 2023.

    IT IS SO ORDERED.

Dated: October 19, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE