UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY KRAUS, | Case No.: 2:18-CV-00559-MCE-DB |
| Plaintiff, | **ORDER** |
| v. | |
| SCURFIELD FAMILY LIMITED PARTNERSHIP, a California Limited Partnership; DAVID SCURFIELD; and Does 1-10, | |
| Defendants | |

Pursuant to Feder Rule of Civil Procedure 41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: November 20, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE